## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CR-14053-CANNON/MAYNARD

8 U.S.C. § 1326(a)

FILED BY _____ D.C.

AUG 25 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. PIERCE

UNITED STATES OF AMERICA,

v.

**LEISER ANEXAEL IBARRA-HERNANDEZ,**

Defendant.

_____/

## INDICTMENT

The Grand Jury charges that:

On or about July 25, 2022, in Martin County, in the Southern District of Florida, the defendant,

**LEISER ANEXAEL IBARRA-HERNANDEZ,**

an alien, having previously been removed from the United States on or about January 28, 2014, and November 8, 2017, was found to be in the United States, knowingly and unlawfully, without the Attorney General of the United States or his/her successor, the Secretary of Homeland Security (Title 6, United States Code, Sections 202(3), 202(4) and 557), having expressly consented to such alien's reapplying for admission to the United States, in violation of Title 8, United States Code, Section 1326(a).

A TRUE BILL

FOREPERSON

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

JUSTIN L. HOOVER
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**UNITED STATES OF AMERICA**

**CASE NO.:** 22-CR-14053-CANNON/MAYNARD

v.

LEISER ANEXAEL IBARRA-
HERNANDEZ,

_____/
Defendant.

**CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information:**

**Court Division** (select one)

- ☐ Miami  ☐ Key West  ☑ FTP
- ☐ FTL  ☐ WPB

New Defendant(s) (Yes or No)
Number of New Defendants
Total number of New Counts

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. §3161.

3. Interpreter: (Yes or No) Yes
   List language and/or dialect:

4. This case will take 2 days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)

   | | | |
   |---|---|---|
   | I | ☑ | 0 to 5 days |
   | II | ☐ | 6 to 10 days |
   | III | ☐ | 11 to 20 days |
   | IV | ☐ | 21 to 60 days |
   | V | ☐ | 61 days and over |

   (Check only one)

   - ☐ Petty
   - ☐ Minor
   - ☐ Misdemeanor
   - ☑ Felony

6. Has this case been previously filed in this District Court? (Yes or No) No
   If yes, Judge                      Case No.

7. Has a complaint been filed in this matter? (Yes or No) No
   If yes, Magistrate Case No.

8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No
   If yes, Judge                      Case No.

9. Defendant(s) in federal custody as of

10. Defendant(s) in state custody as of 7/25/2022

11. Rule 20 from the              District of

12. Is this a potential death penalty case? (Yes or No) No

13. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) No

14. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss? (Yes or No) No

By: _____
Justin Hoover
Assistant United States Attorney
Court ID No.     A5502493

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO.   22-CR-14053-CANNON/MAYNARD

UNITED STATES OF AMERICA

v.

LEISER ANEXAEL IBARRA-
HERNANDEZ,
_____/

### CRIMINAL COVER SHEET

1.  Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?   **No**

2.  Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?      **No**

Respectfully submitted,

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

By: _____

JUSTIN HOOVER
Assistant United States Attorney
Court ID No.      A5502493
101 South U.S. Highway 1, Suite 3100
Fort Pierce, Florida 34950
Tel: 772-466-0899
Email: Justin.Hoover@usdoj.gov

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** LEISER ANEXAEL IBARRA-HERNANDEZ

**Case No:** 22-CR-14053-CANNON/MAYNARD

Count #: 1

Previously Removed Alien Found in the United States, 8 U.S.C. § 1326(a)

* **Max. Term of Imprisonment:** 2 Years
* **Mandatory Min. Term of Imprisonment (if applicable):** N/A
* **Max. Supervised Release:** Up to 1 Year
* **Max. Fine:** $250,000 fine / $100 Special Assessment

\*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.