UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 22-14053-CR-CANNON

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**LEISER ANEXAEL IBARRA-HERNANDEZ**,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

**THIS CAUSE** comes before the Court upon the Report and Recommendation issued by Magistrate Judge Shaniek M. Maynard Following Change of Plea Hearing [ECF No. 18]. On December 16, 2022, Magistrate Judge Maynard held a Change of Plea hearing [ECF No. 15] during which Defendant pled guilty to the sole count of the Indictment [ECF No. 1]. Defendant acknowledged that he understood the Government's proffered factual basis and agreed that it was true and correct. Magistrate Judge Maynard thereafter issued a Report recommending that the Court accept Defendant's guilty plea to the Indictment, that the Court find Defendant to have freely and voluntarily entered his guilty plea, and that the Court adjudicate him guilty of the Indictment [ECF No. 1]. No party has filed objections to the Report, and the time to do so has expired.

The Court has conducted a review of the record and finds no error in the Report. Therefore, it is **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 18] is **AFFIRMED AND ADOPTED**.

2. The guilty plea entered into by Defendant **Leiser Anexael Ibarra-Hernandez** as to the sole count of the Indictment is **ACCEPTED**.

CASE NO. 22-14053-CR-CANNON

3. Defendant **Leiser Anexael Ibarra-Hernandez** is adjudicated guilty of the sole count of the Indictment, which charges him with illegal reentry after removal, in violation of 8 U.S.C. § 1326(a) [ECF No. 1].

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 13th day of January 2023.

                                                         AILEEN M. CANNON
                                                        **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record